# Third District Court of Appeal
## State of Florida

Opinion filed March 15, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-702
Lower Tribunal No. 19-9871

————————

**Nestor Lopez, et al.,**
Appellants,

vs.

**The Bank of New York Mellon, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Scanziani & Associates Law, and Paul John Scanziani, for appellants.

Popkin & Rosaler, P.A., and Daniel S. Stein and Brian L. Rosaler (Deerfield Beach), for appellee.

Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.